```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  MICHAEL PETRIK, Jr., #177913
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 10-477-LKK-2 |
| Plaintiff, | STIPULATION AND ORDER TO VACATE CONDITION OF RELEASE THAT REQUIRES COGNITIVE BEHAVIOR TREATMENT |
| v. | |
| ANTHONY MONTANO (2), | |
| Defendant. | Judge: Hon. Kendall J. Newman |

The United States of America, by Michael D. Anderson, Assistant United States Attorney, together with defendant, Anthony Montano, by counsel, Michael Petrik, Jr., stipulate that the Court should vacate condition of release 16, which reads "Upon completion of the residential program, you shall participate in a cognitive behavior treatment program as directed by the pretrial services officer. Such programs may include group sessions led by a counselor or participation in a program administered by the Pretrial Services office."

/ / /

/ / /

/ / /

1

The parties stipulate based upon the recommendation of Mr. Montano's Pretrial Services Officer. All other conditions of release will remain in effect.

Dated: October 28, 2011                Respectfully submitted,

                                       DANIEL J. BRODERICK
                                       Federal Defender

                                       /s/ M.Petrik
                                       _____
                                       MICHAEL PETRIK, Jr.
                                       Assistant Federal Defender

Dated: October 28, 2011                BENJAMIN B. WAGNER
                                       United States Attorney

                                       /s/ M.Petrik for
                                       _____
                                       MICHAEL D. ANDERSON
                                       Assistant U.S. Attorney

## O R D E R

For the reasons stated above, the Court vacates condition of release 16, which reads "Upon completion of the residential program, you shall participate in a cognitive behavior treatment program as directed by the pretrial services officer. Such programs may include group sessions led by a counselor or participation in a program administered by the Pretrial Services office." All other conditions of release will remain in effect.

Dated:   October 28, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2