```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  MICHAEL PETRIK, Jr., Bar #177913
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    ANTHONY MONTANO
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9              FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11
12  UNITED STATES OF AMERICA,    ) Case No. 2:10-CR-477 LKK
                                 )
13              Plaintiff,       )
                                 ) STIPULATION AND ORDER TO CONTINUE
14       v.                      ) STATUS CONFERENCE TO November 8,
                                 ) 2011
15  LONNIE TERRELL, ANTHONY      )
    MONTANO, ALEX LINDBERG, JEREMY ) Date: November 8, 2011
16  TERRELL, NICHOLAS ROMAN, and ) Time: 9:15 a.m.
    RUTH JIMENEZ,                ) Judge: Hon. Lawrence K. Karlton
17                               )
                Defendants.      )
18                               )
    _____ )
19
```

20    IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States
21 of America, and defendants, LONNIE TERRELL, ANTHONY MONTANO, ALEX
22 LINDBERG, JEREMY TERRELL, NICHOLAS ROMAN, and RUTH JIMENEZ, through their
23 respective attorneys, that the Court should vacate the status conference
24 scheduled for November 8, 2011, at 9:15 a.m., and reset it for January
25 10, 2012, at 9:15 a.m.
26    Counsel for defendants require further time to review discovery and
27 to negotiate with the government in an effort to resolve this matter.
28 / / /

1    It is further stipulated by the parties that the Court should
2    exclude the period from the date of this order through January 10, 2012,
3    when it computes the time within which the trial of the above criminal
4    prosecution must commence for purposes of the Speedy Trial Act. The
5    parties stipulate that the ends of justice served by granting defendants'
6    request for a continuance outweigh the best interest of the public and
7    the defendants' in a speedy trial, and that this is an appropriate
8    exclusion of time for defense preparation within the meaning of 18 U.S.C.
9    § 3161(h)(7)(A) and (B) (Local Code T4).

Dated: November 3, 2011          Respectfully submitted,

                                 DANIEL BRODERICK
                                 Federal Defender

                                 /s/ M. Petrik
                                 _____
                                 MICHAEL PETRIK, Jr.
                                 Assistant Federal Defender
                                 Attorney for Anthony Montano

Dated: November 3, 2011          /s/ M. Petrik for David Dratment
                                 DAVID DRATMAN
                                 Attorney for Lonnie Terrell


Dated: November 3, 2011          /s/ M. Petrik for Ronald Peters
                                 RONALD PETERS
                                 Attorney for Alex Lindberg


Dated: November 3, 2011          /s/ M. Petrik for Daniel Schultz
                                 DANIEL SCHULTZ
                                 Attorney for Jeremy Terrell


Dated: November 3, 2011          /s/ M. Petrik for Lisa Meier
                                 LISA MEIER
                                 Attorney for Nicholas Roman

| | | |
|---|---|---|
| Dated: November 3, 2011 | | /s/ M. Petrik for Kelly Babineau |
| | | KELLY BABINEAU |
| | | Attorney for Ruth Jimenez |
| Dated: November 3, 2011 | | BENJAMIN B. WAGNER |
| | | United States Attorney |
| | | /s/ M. Petrik for M. Anderson |
| | | _____ |
| | | MICHAEL ANDERSON |
| | | Assistant U.S. Attorney |

**ORDER**

**IT IS SO ORDERED.** The Court Specifically finds that the ends of justice served by granting of such a continuance outweigh the interest of the public and the defendant in a speedy trial. The Court orders time excluded from the date of this order through the status conference on January 10, 2012, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

DATED: November 3, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT