DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California 95814
Telephone: (916) 443-2000
Facsimile: (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
LONNIE TERRELL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LONNIE TERRELL, et al.,<br><br>Defendants. | Case No. 2:10CR0477 LKK<br><br>STIPULATION AND ORDER TO MODIFY CONDITIONS OF RELEASE RE LONNIE TERRELL |

IT IS HEREBY STIPULATED between Plaintiff, United States, through their attorney of record, Assistant United States Attorney Michael D. Anderson and Defendant, Lonnie Terrell, through his attorney of record, David W. Dratman, with the approval of the United States Pretrial Services Office, through Unites States Pretrial Services Officer Darryl Walker, that Special Condition of Release 12, filed September 20, 2011, be modified to read as follows:

You shall participate in the following home confinement program components and abide by all the requirements of the program, which will include electronic monitoring.

CURFEW: You shall be subject to a curfew that will be determined by the pretrial services officer;

You shall, in accordance with this release order, have a home monitoring unit installed

---
**STIPULATION AND PROPOSED ORDER TO MODIFY CONDITIONS OF RELEASE RE LONNIE TERRELL**
*United States v. Lonnie Terrell*
**[CR. S-10-477 LKK]**

in your residence, a radio frequency transmitter device attached to your person, and shall comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You shall pay all or part of the costs of the program based upon your ability to pay as determined by the Pretrial Services Officer.

Dated: January 30, 2012     /s/ David W. Dratman
DAVID W. DRATMAN
Attorney for Defendant
LONNIE TERRELL

Dated: January 30, 2012     BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

By: /s/Michael D. Anderson *
MICHAEL D. ANDERSON
Assistant U.S. Attorney
*Signed with permission

## ORDER

The Court, having considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

It is so ordered.

Dated: January 31, 2012

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE