1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., #177913
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
6  Attorneys for Mr. Montano
7
8                    UNITED STATES DISTRICT COURT
9                    EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,     ) No. CR. S-10-477 LKK
                                  )
11              Plaintiff,        ) ORDER
                                  )
12       v.                       ) Date:  March 20, 2012
                                  ) Time:  9:15 a.m.
13  LONNIE TERRELL, ANTHONY       ) Judge: Hon. Lawrence K. Karlton
    MONTANO, ALEX LINDBERG, JEREMY)
14  TERRELL, NICHOLAS ROMAN, and  )
    RUTH JIMENEZ,                 )
15                                )
                Defendants.       )
16  _____)

17       This matter came before the Court for status conference on March
18  20, 2012.  All parties agreed to reschedule the status conference to
19  May 8, 2012, at 9:15 a.m.  The parties also agreed to exclude time
20  under the Speedy Trial Act up to and including May 8, 2012, pursuant to
21  18 U.S.C. § 3161(h)(7) (Local Code T4) for preparation of defense
22  counsel.  Finally, the parties agreed that the ends of justice served
23  by granting the defendants' request for a continuance outweigh the best
24  interest of the public and the defendants in a speedy trial.
25       Good cause appearing therefor,
26       **IT IS ORDERED** that this matter is continued to May 8, 2012, at
27  9:15 a.m.;
28
    ORDER                              1                    CR. S-10-477 LKK

**IT IS FURTHER ORDERED** that the period from March 20, 2012, up to and including May 8, 2012, is excluded pursuant to 18 U.S.C. § 3161(h)(7) (Local Code T4) due to preparation of defense counsel; and,

**THE COURT FINDS** that the ends of justice served by granting the defendants' request for a continuance outweigh the best interest of the public and the defendants in a speedy trial.

Dated: March 20, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT