KELLY BABINEAU (CA State Bar #190418)
The Law Office of Kelly Babineau
901 H Street, Suite 203
Sacramento, CA 95814
Tel:(916) 442-4948
Fax: (916) 492-2909
kbabineau@klblawoffice.net

Attorney for RUTH JIMENEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 2:10-CR-477 LKK |
| Plaintiff, | ) |
| | ) STIPULATION AND ORDER |
| v. | ) TO CONTINUE APPEAL HEARING |
| | ) |
| | ) |
| RUTH JIMENEZ | ) |
| | ) Date: 5-1-12 |
| Defendant. | ) Time: 9:15 a.m. |
| _____ | ) Judge: Hon. Lawrence K. Karlton |

It is hereby stipulated between the parties, Michael Anderson, Assistant United States Attorney, Kelly Babineau, attorney for defendant Ruth Jimenez, that the appeal date of April 10, 2012, should be continued until May 1, 2012.  The continuance is necessary to complete briefing on the issue before the court.  The US attorney will file his response brief shortly, and then Appellant will file a reply brief.  A further status conference is scheduled in the case for May 8, 2012.

Dated:  April 5, 2012					Respectfully submitted,

							<u>/s/ Kelly Babineau</u>
							KELLY BABINEAU
							Attorney for Ruth Jimenez


Dated: April 5, 2012					<u>/s/ Michael Anderson</u>
							Kelly Babineau for:
							MICHAEL ANDERSON
							Assistant U.S. Attorney

KELLY BABINEAU  (CA State Bar #190418)
The Law Office of Kelly Babineau
901 H Street, Suite 203
Sacramento, CA 95814
Tel:(916) 442-4948
Fax: (916) 492-2909
kbabineau@klblawoffice.net

Attorney for RUTH JIMENEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | No. 2:10-CR-477 LKK |
| Plaintiff, ) | |
| ) | |
| v.  ) | ORDER TO CONTINUE |
| ) | APPEAL HEARING |
| ) | |
| RUTH JIMENEZ ) | |
| ) | Date: 5-1-12 |
| Defendant. ) | Time: 9:15 a.m. |
| _____ ) | Judge: Hon. Lawrence K. Karlton |

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the appeal set for April 10, 2012, at 9:15 a.m. be continued to May 1, 2012, at 9:15 a.m. Based on the representations of counsel and good cause appearing therefrom, the Court finds that the continuance is necessary to allow the parties to finish briefing the issue in this case.

Dated:  April 5, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

-3-