KELLY BABINEAU (CA State Bar #190418)
The Law Office of Kelly Babineau
901 H Street, Suite 203
Sacramento, CA 95814
Tel:(916) 442-4948
Fax: (916) 492-2909
kbabineau@klblawoffice.net

Attorney for RUTH JIMENEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | No. 10-CR-0477LKK |
| Plaintiff, | |
| v. | ORDER TO MODIFY CONDITIONS OF PRETRIAL RELEASE |
| RUTH JIMENEZ | |
| | Date: 5-1-12 |
| Defendant. | Time: 9:15 a.m. |
| | Judge: Hon. Lawrence K. Karlton |

UPON GOOD CAUSE SHOWN, it is ordered that the pretrial release conditions for Ruth Jimenez and Lonnie Terrell be modified such that they are allowed to have contact with one another, but are not allowed to discuss the case or any criminal conduct unless in the presence of defense counsel.

Dated: May 1, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

-1-