KELLY BABINEAU (CA State Bar #190418)
The Law Office of Kelly Babineau
901 H Street, Suite 203
Sacramento, CA 95814
Tel:(916) 442-4948
Fax: (916) 492-2909
kbabineau@klblawoffice.net

Attorney for RUTH JIMENEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 10-CR-0477LKK |
| Plaintiff, | ) |
| | ) STIPULATION AND [PROPOSED] |
| v. | ) ORDER TO CONTINUE STATUS |
| | ) CONFERENCE |
| | ) |
| LONNIE TERRELL, ANTHONY MONTANO, ALEX LINDBERG, JEREMY TERRELL, NICHOLAS ROMAN, and RUTH JIMENEZ, | ) |
| | ) Date: 5-8-12 |
| | ) Time: 9:15 a.m. |
| | ) Judge: Hon. Lawrence K. Karlton |
| Defendants. | ) |
| _____ | ) |

IT IS HEREBY STIPULATED between the parties, Michael Anderson, Assistant United States Attorney, and defendants, LONNIE TERRELL, ANTHONY MONTANO, ALEX LINDBERG, JEREMY TERRELL, NICHOLAS ROMAN and RUTH JIMENEZ, through their respective attorneys, that the status conference date of May 8, 2012, should be continued until June 26, 2012.

Counsel for defendants require further time to review discovery and negotiate with the government in an effort to resolve the matter.

-1-

IT IS STIPULATED by the parties that the Court should exclude the period from the date of this order through June 26, 2012, when it computes the time within which the trial of the above criminal prosecution must commence for the purposes of the Speedy Trial Act. The parties stipulate that the ends of justice served by granting defendant's request for a continuance outweigh the best interest of the public and the defendant's in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 USC §3161(h)(7)(A) and (B) (Local Code T4.)

Dated: May 2, 2012     Respectfully submitted,

/s/ Kelly Babineau
KELLY BABINEAU
Attorney for Ruth Jimenez

Dated: May 2, 2012     /s/ K. Babineau for David Dratman
DAVID DRATMAN
Attorney for Lonnie Terrell

Dated: May2, 2012     /s/ K. Babineau for Ronald Peters
RONALD PETERS
Attorney for Alex Lindberg

Dated: May 2, 2012     /s/ K. Babineau for Michael Petrik
MICHAEL PETRIK
Assistant Federal Defender
Attorney for Anthony Montano

Dated: May2, 2012     /s/ K. Babineau for Daniel Schultz
DANIEL SCHULTZ
Attorney for Jeremy Terrell

Dated: May2, 2012     /s/ K. Babineau for Lisa Meier
LISA MEIER
Attorney for Nicholas Roman

| | | |
|---|---|---|
| Dated: May 2, 2012 | | /s/ K. Babineau for Michael Anderson<br>MICHAEL ANDERSON<br>Assistant U.S. Attorney |

**ORDER**

IT IS SO ORDERED. The Court specifically finds that the ends of justice served by granting of such a continuance outweigh the interests of the public and the defendant in a speedy trial. The Court orders time excluded from the date of this order through the status conference on June 26, 2012, pursuant to 18 USC §3161(h)(7) (A) and (B) (Local Code T4.)

Dated: 5/2/2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

KELLY BABINEAU (CA State Bar #190418)
The Law Office of Kelly Babineau
901 H Street, Suite 203
Sacramento, CA 95814
Tel:(916) 442-4948
Fax: (916) 492-2909
kbabineau@klblawoffice.net

Attorney for RUTH JIMENEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 10-CR-0477LKK |
|               Plaintiff, | ) |
| | ) [PROPOSED] |
|   v. | ) ORDER TO CONTINUE |
| | ) APPEAL |
| | ) |
| RUTH JIMENEZ | ) |
| | ) Date: 5-1-12 |
|               Defendant. | ) Time: 9:15 a.m. |
| _____) | Judge: Hon. Lawrence K. Karlton |

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the appeal set for April 10, 2012, at 9:15 a.m. be continued to May 1, 2012, at 9:15 a.m. Based on the representations of counsel and good cause appearing therefrom, the Court finds that the continuance is necessary to allow the parties to finish briefing the issue in this case.

Dated: _____                         _____
                                                                      LAWRENCE K. KARLTON
                                                                       United States District Court Judge