DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California 95814
Telephone: (916) 443-2000
Facsimile: (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
LONNIE TERRELL

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LONNIE TERRELL, et al.,<br><br>Defendants. | Case No. 2:10CR0477 LKK<br><br>**STIPULATION AND PROPOSED ORDER TO MODIFY CONDITIONS OF RELEASE RE LONNIE TERRELL** |

IT IS HEREBY STIPULATED between Plaintiff, United States, through their attorney of record, Assistant United States Attorney Michael D. Anderson and Defendant, Lonnie Terrell, through his attorney of record, David W. Dratman, with the approval of the United States Pretrial Services Office, through United States Pretrial Services Officer Darryl Walker, that Special Condition of Release 12, be removed in its entirety. Special Condition of Release 12 ordered as follows:

You shall participate in the following home confinement program components and abide by all the requirements of the program, which will include electronic monitoring.

CURFEW: You shall be subject to a curfew that will be determined by the pretrial services officer;

You shall, in accordance with this release order, have a home monitoring unit installed in your residence, a radio frequency transmitter device attached to your person, and shall comply with all instructions for the use and operation of said devices as given to you by the

Pretrial Services Agency and employees of the monitoring company. You shall pay all or part of the costs of the program based upon your ability to pay as determined by the Pretrial Services Officer.

Dated: May 22, 2012    /s/ David W. Dratman
DAVID W. DRATMAN
Attorney for Defendant
LONNIE TERRELL

Dated: May 22, 2012    BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

By: /s/Michael D. Anderson *
MICHAEL D. ANDERSON
Assistant U.S. Attorney
*Signed with permission

## **ORDER**

The Court, having considered the stipulation of the parties, adopts the stipulation of the parties in its entirety as its order. Special Condition of Release 12 is removed in its entirety.

It is so ordered.

Dated: May 22, 2012.    EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE