```
 1  DANNY B. SCHULTZ, SBN 196232
    809 Montgomery Street, 2nd Floor
 2  San Francisco CA 94133
    Telephone: 415/394-3800
 3  Facsimile: 415/394-3806

 4  Attorney for Defendant
    JEREMY TERRELL
 5
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR: 10-CR-00477-LKK-4 |
| Plaintiff, | STIPULATION AND ORDER RE: MODIFICATION OF |
| v. | <u>TERMS OF PRETRIAL RELEASE</u> |
| JEREMY TERRELL, | |
| Defendant. | |

IT IS HEREBY STIPULATED between Plaintiff, United States, through their attorney of record, Assistant United States Attorney Michael D. Anderson and Defendant, Jeremy Terrell, through his attorney, Danny B. Schultz, with the approval of United States Pretrial Officer Renee Basurto, that Special Condition of Release #16, be removed in its entirety. Special Condition of Release #16 states:

> You shall participate in the following home confinement program components and abide by all the requirements of the program which will include electronic monitoring.
>
> **HOME DETENTION:** You are restricted to your residence at all times except for employment; education;

1

religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities pre-approved by the pretrial services officer.

You shall, in accordance with this release order, have a home monitoring unit installed in your residence, a radio frequency device attached to your person, and shall comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company.

Respectfully Submitted,

/S/MICHAEL ANDERSON
MICHAEL ANDERSON
Assistant U.S. Attorney

Dated: May 25, 2012

/S/DANNY B. SCHULTZ
DANNY B. SCHULTZ
Attorney for Defendant
JEREMY TERRELL

Dated: May 25, 2012

**IT IS SO ORDERED.**

Dated: May 29, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE