DANIEL J. BRODERICK, #89424
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
ANTHONY MONTANO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:10-cr-477 LKK |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO AUGUST 7, 2012 |
| v. | |
| LONNIE TERRELL, ANTHONY MONTANO, ALEX LINDBERG, JEREMY TERRELL, NICHOLAS ROMAN, and RUTH JIMENEZ, | Date: June 26, 2012<br>Time: 9:15 a.m.<br>Judge: Hon. Lawrence K. Karlton |
| Defendants. | |

THE PARTIES STIPULATE through their respective attorneys that the Court should vacate the status conference scheduled for June 26, 2012, at 9:15 a.m., and reset it for August 7, 2012, at 9:15 a.m.

Counsel for the defendants require further time to review discovery, to confer with their respective clients, and to negotiate with the government in an effort to resolve this matter.

The parties further stipulate that the Court should exclude the period from the date of this order through August 7, 2012, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The

Stipulation And Order 1 2:10-cr-477 LKK

parties stipulate that the ends of justice served by granting the defendants' request for a continuance outweigh the best interest of the public and the defendants' in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4).

Dated: June 21, 2012              Respectfully submitted,

                                  DANIEL BRODERICK
                                  Federal Defender

                                  /s/ M.Petrik
                                  _____
                                  MICHAEL PETRIK, Jr.
                                  Assistant Federal Defender
                                  Attorney for Anthony Montano

Dated: June 21, 2012              /s/ M.Petrik for David Dratman
                                  DAVID DRATMAN
                                  Attorney for Lonnie Terrell

Dated: June 21, 2012              /s/ M.Petrik for Ronald Peters
                                  RONALD PETERS
                                  Attorney for Alex Lindberg

Dated: June 21, 2012              /s/ M.Petrik for Daniel Schultz
                                  DANIEL SCHULTZ
                                  Attorney for Jeremy Terrell

Dated: June 21, 2012              /s/ M.Petrik for Lisa Meier
                                  LISA MEIER
                                  Attorney for Nicholas Roman

Dated: June 21, 2012              /s/ M.Petrik for Kelly Babineau
                                  KELLY BABINEAU
                                  Attorney for Ruth Jimenez

Dated: June 21, 2012              BENJAMIN B. WAGNER
                                  United States Attorney

                                  /s/ M.Petrik for Michael Anderson
                                  _____
                                  MICHAEL ANDERSON
                                  Assistant U.S. Attorney

|   |   |
|---|---|
| 1 | **ORDER** |
| 2 | The Court orders the status conference continued to August 7, |
| 3 | 2012, at 9:15 a.m.  For the reasons stated above, the Court finds that |
| 4 | the ends of justice served by granting the continuance outweigh the |
| 5 | best interest of the public and the defendants in a speedy trial.  The |
| 6 | Court orders time excluded from the date of this order through the |
| 7 | status conference on August 7, 2012, pursuant to 18 U.S.C. § 3161(h)(7) |
| 8 | (Local Code T4). |
| 9 | **IT IS SO ORDERED.** |
| 11 | DATED: June 22, 2012 |

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT