| | |
|---|---|
| 1 | LISA B. MEIER, SBN 218979 |
| | 809 Montgomery Street, 2nd Floor |
| 2 | San Francisco CA 94133 |
| | Telephone: 415/394-3800 |
| 3 | Facsimile: 415/394-3806 |
| 4 | Attorney for Defendant |
| | NICHOLAS ROMAN |
| 5 | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:10CR0477 LKK |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO AUGUST 28, 2012 |
| LONNIE PATRICK TERRELL, ANTHONY MONTANO, ALEX LINDBERG, JEREMY TERRELL, NICHOLAS ROMAN, and RUTH JIMENEZ | Date: August 7, 2012 Time: 9:15 a.m. Judge: Hon. Lawrence K. Karlton |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendants, LONNIE TERRELL, ANTHONY MONTANO, ALEX LINDBERG, JEREMY TERRELL, NICHOLAS ROMAN, and RUTH JIMENEZ, through their respective attorneys, that the Court should vacate the status conference scheduled for August 7, 2012, at 9:15 a.m., and reset it for August 28, 2012, at 9:15 a.m.

A plea agreement has been provided by the government to defendants through their respective attorneys. Counsel for defendants would like additional time to review the provisions of the plea agreement with the defendants, including review of the factual bases with the discovery to ensure that the plea is in the best interest of defendants and consistent with the discovery provided by the government. The parties expect that any resulting issues or concerns will be resolved before August 28, 2012.

1

1 | It is further stipulated by the parties that the Court should exclude the period from the
2 | date of this order through August 28, 2012, when it computes the time within which the trial of
3 | the above criminal prosecution must commence for purposes of the Speedy Trial Act. The
4 | parties stipulate that the ends of justice served by granting defendants' request for a
5 | continuance outweigh the best interest of the public and the defendants' in a speedy trial, and
6 | that this is an appropriate exclusion of time for defense preparation within the meaning of 18
7 | U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

Respectfully submitted,

Dated: August 3, 2012    /S/LISA B. MEIER
                         LISA B. MEIER
                         Attorney for NICHOLAS ROMAN

Dated: April 3, 2012     DANIEL BRODERICK
                         Federal Defender

                         /S/ LISA MEIER for MICHAEL PETRIK, JR
                         MICHAEL PETRIK, JR
                         Assistant Federal Defender
                         Attorney for ANTHONY MONTANO

Dated: August 3, 2012    /S/ LISA MEIER for DAVID DRATMAN
                         DAVID DRATMAN
                         Attorney for LONNIE TERRELL

Dated: August 3, 2012    /s/ LISA B. MEIER for RONALD PETERS
                         RONALD PETERS
                         Attorney for ALEX LINDBERG

Dated: August 3, 2012    /S/ LISA B. MEIER for DANIEL SCHULTZ
                         DANIEL SCHULTZ
                         Attorney for JEREMY TERRELL

Dated: August 3, 2012    /S/LISA MEIER for KELLY BABINEAU
                         KELLY BABINEAU
                         Attorney for RUTH JIMENEZ

Dated: August 3, 2012    BENJAMIN B. WAGNER
                         United States Attorney

                         /S/ LISA B. MEIER for MICHAEL ANDERSON
                         MICHAEL ANDERSON
                         Assistant U.S. Attorney

**ORDER**

The Court orders the status conference continued to August 28, 2012 at 9:15 a.m. For the reasons stated above, the Court finds that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial. The Court orders time excluded from the date of this order through this status conference on August 28, 2012 pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B) (Local Code T4).

IT IS SO ORDERED.

DATED: August 6, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT