1  DANNY B. SCHULTZ, SBN 196232
   809 Montgomery Street, 2nd Floor
2  San Francisco CA 94133
   Telephone: 415/394-3800
3  Facsimile: 415/394-3806

4  Attorney for Defendant
   JEREMY TERRELL

5

6

7
                    UNITED STATES DISTRICT COURT
8
                    EASTERN DISTRICT OF CALIFORNIA
9

10

11

12  UNITED STATES OF AMERICA,           No. CR: 10-CR-00477-LKK-4

13            Plaintiff,
                                        STIPULATION AND ORDER RE:
14                                       MODIFICATION OF <u>TERMS OF</u>
        v.                               <u>PRETRIAL RELEASE</u>
15

16  JEREMY TERRELL,

17            Defendant.

18  _____/

19
         IT IS HEREBY STIPULATED between Plaintiff, United States,
20
    through their attorney of record, Assistant United States
21
    Attorney Michael D. Anderson and Defendant, Jeremy Terrell,
22
    through his attorney, Danny B. Schultz, with the approval of
23
    United States Pretrial Officer Renee Basurto, that Special
24
    Condition of Release #11, be removed in its entirety.  Special
25
    Condition of Release #11 states:
26

27

28
                                  1

You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer.

Respectfully Submitted,


/S/MICHAEL ANDERSON                     /S/DANNY B. SCHULTZ
MICHAEL ANDERSON                        DANNY B. SCHULTZ
Assistant U.S. Attorney                 Attorney for Defendant
                                        JEREMY TERRELL
Dated: September 7, 2012                 Dated: September 7, 2012


**IT IS SO ORDERED.**

Dated: September 10, 2012



/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE