1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MICHAEL PETRIK, Jr., Bar #177913
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorneys for Defendant
   ANTHONY MONTANO

                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,      ) Case No. 10-477 LKK
                               )
            Plaintiff,         ) STIPULATION AND ORDER TO CONTINUE
                               ) STATUS CONFERENCE TO OCTOBER 16,
      v.                       ) 2012
                               )
ANTHONY MONTANO,               ) Date:  September 18, 2012
                               ) Time:  9:15 a.m.
            Defendant.         ) Judge: Hon. Lawrence K. Karlton
_____)

    THE PARTIES STIPULATE through their respective attorneys that the Court should vacate the status conference scheduled for September 18, 2012, at 9:15 a.m., and reset it for October 16, 2012, at 9:15 a.m.

    Counsel for the defendant requires further time to review discovery, to confer with client, and to negotiate with the government in an effort to resolve this matter.

    The parties further stipulate that the Court should exclude the period from the date of this order through October 16, 2012, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice served by granting the

Stipulation And Order                1                        10-477 LKK

defendant's request for a continuance outweigh the best interest of the public and the defendant in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of 18 U.S.C. § 3161(h)(7) (Local Code T4).

Dated: September 14, 2012　　　　Respectfully submitted,

DANIEL BRODERICK
Federal Defender

/s/ M.Petrik
_____
MICHAEL PETRIK, Jr.
Assistant Federal Defender
Attorney for Anthony Montano

Dated: September 14, 2012　　　　BENJAMIN B. WAGNER
United States Attorney

/s/ M.Petrik for Michael Anderson
_____
MICHAEL ANDERSON
Assistant U.S. Attorney

**ORDER**

The Court orders the status conference continued to October 16, 2012, at 9:15 a.m. For the reasons stated above, the Court finds that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial. The Court orders time excluded from the date of this order through the status conference on October 16, 2012, pursuant to 18 U.S.C. § 3161(h)(7) (Local Code T4).

**IT IS SO ORDERED.**

DATED: September 17, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Stipulation And Order　　　　　　　　　　3　　　　　　　　　　10-477 LKK