DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California 95814
Telephone: (916) 443-2000
Facsimile: (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
LONNIE TERRELL

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LONNIE TERRELL, et al.,<br><br>Defendants. | Case No. 2:10CR0477 LKK<br><br>**STIPULATION AND ORDER RE LONNIE TERRELL TO CONTINUE STATUS CONFERENCE TO OCTOBER 16, 2012** |

IT IS HEREBY STIPULATED between Plaintiff, United States, through their attorney of record, Assistant United States Attorney Michael D. Anderson and Defendant, Lonnie Terrell, through his attorney of record, David W. Dratman, that the Court should vacate the status conference scheduled for September 18, 2012, at 9:15 a.m.; and, reset it for October 16, 2012, at 9:15 a.m. for defendant Lonnie Terrell only.

Counsel for defendant Terrell requires further time to review discovery, to confer with his respective client, and to negotiate with the government in an effort to resolve this matter.

The parties further stipulate that the Court should exclude the period from the date of this order through October 16, 2012, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act. The parties stipulate that the ends of justice served by granting the defendant's request for a continuance outweigh the best interest of the public and the defendant's in a speedy trial, and that this is an appropriate exclusion of time for defense preparation within the meaning of

| | | |
|---|---|---|
| 1 | 18 U.S.C. § 3161(h)(7) (Local Code T4). | |
| 2 | Dated: September 13, 2012 | /s/ David W. Dratman |
| 3 | | DAVID W. DRATMAN<br>Attorney for Defendant<br>LONNIE TERRELL |
| 4 | | |
| 5 | Dated: September 13, 2012 | BENJAMIN B. WAGNER<br>UNITED STATES ATTORNEY |
| 6 | | |
| 7 | | By: /s/Michael D. Anderson *<br>MICHAEL D. ANDERSON<br>Assistant U.S. Attorney |
| 8 | | *Signed with permission |

## ORDER

The Court, having considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court orders the status conference continued to October 16, 2012, at 9:15 a.m. For the reasons stated above, the Court finds that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial. The Court orders time excluded from the date of this order through the status conference on October 16, 2012, pursuant to 18 U.S.C. § 3161(h)(7) (Local Code T4).

It is so ordered.

Dated: September 17, 2012

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT