KELLY BABINEAU (CA State Bar #190418)
The Law Office of Kelly Babineau
901 H Street, Suite 203
Sacramento, CA 95814
Tel:(916) 442-4948
Fax: (916) 492-2909
kbabineau@klblawoffice.net

Attorney for RUTH JIMENEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,      ) | No. 10-CR-0477LKK |
| Plaintiff,                                                     ) | |
| )                                                                   | STIPULATION REGARDING |
| v.                                                                 ) | EXCLUDABLE TIME PERIODS |
| )                                                                   | UNDER SPEEDY TRIAL ACT; |
| )                                                                   | FINDINGS AND |
| RUTH JIMENEZ                                            ) | |
| )                                                                   | Date: 10/16/12 |
| )                                                                   | Time: 9:15 a.m. |
| )                                                                   | Judge: Hon. Lawrence K. Karlton |
| Defendants.                                            ) | |
| _____) | |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through her counsel of record, hereby stipulate as follows:

    1.    By previous order, this matter was set for status on October 2, 2012.

    2.    By this stipulation, defendant now moves to continue the status conference until October 16, 2012 and to exclude time between October 2, 2012 and October 16, 2012 under Local Code T4. Plaintiff does not oppose this request.

    3.    The parties agree and stipulate, and request that the Court find the

-1-

following:

    a. The government has represented that the discovery associated with this case includes numerous documents, witness interviews and pictures. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

    b. Counsel for defendant desires additional time to review the current charges, to finish ongoing investigation, and to discuss potential resolutions with her client.

    c. Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

    d. The government does not object to the continuance.

    e. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

    f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 2, 2012 to October 16, 2012, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other

provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: September 28, 2012          Respectfully submitted,

/s/ Kelly Babineau
KELLY BABINEAU
Attorney for Alla Samchuk

Dated: September 28, 2012          /s/ Michael Anderson
Kelly Babineau for:
MICHAEL ANDERSON
Assistant U.S. Attorney

**O R D E R**

IT IS SO FOUND AND ORDERED this 1st day of October, 2012.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT