LISA B. MEIER, SBN 218979
809 Montgomery Street, 2nd Floor
San Francisco CA 94133
Telephone: 415/394-3800
Facsimile: 415/394-3806

Attorney for Defendant
NICHOLAS ROMAN

DANNY B. SCHULTZ, SBN 196232
809 Montgomery Street, 2nd Floor
San Francisco CA 94133
Telephone: 415/394-3800
Facsimile: 415/394-3806

Attorney for Defendant
JEREMY TERRELL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:10CR0477 LKK |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO RESCHEDULE <u>SENTENCING HEARING</u> |
| JEREMY TERRELL and NICHOLAS ROMAN, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendants JEREMY TERRELL and NICHOLAS ROMAN, through their counsel, that the Court should vacate the sentencing hearing now scheduled for November 14, 2012, at 9:15 a.m., and reset it for November 27, 2012, at 9:15 a.m. It is further stipulated and agreed between the above-listed parties that the final Pre-sentence report shall be filed and disclosed to counsel no later than November 6, 2012.

1

1       This request is being made as counsel for defendants would like additional time to prepare the respective sentencing memorandums. In addition, counsel is requesting a continuance of one week so that defendants may spend the Thanksgiving holiday with their families prior to sentencing,

      While it is understood that the Speedy Trial Act does not necessarily apply under circumstances in which the defendant has already entered a plea of guilty, it is further stipulated and agreed between the parties that the time be excluded until the requested hearing date on November 27, 2012. The basis for the exclusion of time under the Speedy Trial Act to is provide the undersigned counsel with the reasonable time necessary for effective representation, pursuant to 18 U.S.C. section 3161(h)(8)(B)(iv) and Local Code T4.

Respectfully Submitted,

/S/MICHAEL ANDERSON  
MICHAEL ANDERSON  
Assistant U.S. Attorney  
Dated: October 29, 2012

/S/ LISA B. MEIER  
LISA B. MEIER  
Attorney for Defendant  
NICHOLAS ROMAN  
Dated: October 29, 2012

/S/DANNY B. SCHULTZ  
DANNY B. SCHULTZ  
Attorney for Defendant  
JEREMY TERRELL  
Dated: October 29, 2012

**IT IS SO ORDERED.**

Dated: October 29, 2012

_____  
LAWRENCE K. KARLTON  
SENIOR JUDGE  
UNITED STATES DISTRICT COURT

2