KELLY BABINEAU (CA State Bar #190418)
The Law Office of Kelly Babineau, APC
901 H Street, Suite 203
Sacramento, CA 95814
Tel:(916) 442-4948
Fax: (916) 492-2909
kbabineau@klblawoffice.net

Attorney for RUTH JIMENEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA, | ) | No. 10-CR-00477 |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [~~PROPOSED~~] |
| v. | ) | ORDER TO MODIFY CONDITIONS |
| | ) | OF PRETRIAL RELEASE |
| RUTH JIMENEZ | ) | |
| Defendant. | ) | |
| _____ | ) | |

Ruth Jimenez, by and through her attorney, Kelly Babineau, and the United States of America, by and through its counsel, Michael Anderson, and Pretrial Services Officer, Darryl Walker, hereby jointly agree and stipulate to amend the defendant's conditions of release as follows:

Condition number 13 shall be deleted from the defendant's conditions of release. This condition required that Ms. Jimenez be released to the third-party custody of Laura Galvan and Octavio Zavala. Ms. Jimenez was recently married to Lonnie Terrell, consequently this condition is no longer needed.

-1-

Accordingly, all parties and Ms. Jimenez agree with the above modification.

Dated: 12/14/12 Respectfully submitted,

/s/ Kelly Babineau
KELLY BABINEAU
Attorney for Ruth Jimenez

Dated: 12/14/12 /s/ Michael Anderson .
MICHAEL ANDERSON
Assistant United States Attorney

Dated: 12/14/12 /s/ Darryl Walker
DARRYL WALKER
Pretrial Services Officer

IT IS SO ORDERED

Dated: January 3, 2013.

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE