BENJAMIN B. WAGNER
United States Attorney
MICHAEL D. ANDERSON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2755

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>ALEX LINDBERG, and<br>RUTH JIMENEZ,<br>　　　　Defendants. | CR. S-10-477 LKK<br><br>ORDER CONTINUING STATUS<br>CONFERENCE AND EXCLUDING TIME |

　　　This matter came before the Court for a status conference on December 12, 2012, at 9:15 a.m. The United States was represented by Assistant United States Attorney Michael D. Anderson. Attorney Ron Peters appeared for defendant Lindberg who was personally present. Attorney Kelly Babineau appeared for defendant Jimenez, whose personal appearance was waived by an order signed by the Court.

　　　The parties and all defendants agreed to set a status conference date of January 8, 2013, at 9:15 a.m. Defense counsel requested additional time to prepare for trial and to review discovery. Additionally, through counsel, defendant

1

Jimenez requested the appointed of advisory counsel to provide an additional opinion regarding her case. The Court has appointed attorney Michael Long to review the discovery and provide additional advice to defendant Jimenez.

The Court ordered the status conference continued to January 8, 2013, at 9:15 a.m. The Court further ordered that time be excluded under 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4 (reasonable time to prepare) as to each defendant. The Court directed government counsel to prepare a formal order.

**IT IS HEREBY ORDERED**:

1. A status conference is set for January 8, 2013, at 9:15 a.m.

2. Based on the parties' representations, the Court finds that the ends of justice outweigh the best interest of the public and Defendants in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded through January 8, 2013.

IT IS SO ORDERED

Date: January 7, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT