**Law Offices of Ron Peters**
**RON PETERS (SBN: 45749)**
**50 Fullerton Court, Suite 207**
**Sacramento, California 95825**
**Telephone:   (916) 922-9270**
 **Facsimile:   (916) 922-2465**
**email: ronslaw207@sbcglobal.net**

**Attorney for Defendant**
**ALEX LINDBERG**

### IN THE UNITED STATES DISTRICT COURT FOR THE

### EASTERN DISTRICT OF CALIFORNIA
-o0o-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.: 10-cr-00477-LKK |
| Plaintiff, ) | |
| v. ) | STIPULATION AND ORDER CONTINUING SENTENCING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| ALEX LINDBERG, ) | |
| Defendant. ) | |

The United States of America, through its counsels of record, Mc Gregor W. Scott, United States Attorney for the Eastern District of California, and Michael Anderson, Assistant United States Attorney, and defendant Alex Lindberg, through his attorney, Ronald Peters, Esq, hereby stipulate and agree that the judgment and sentencing hearing scheduled for April 9, 2013 at 9:15 am should be continued to April 30, 2013 at 9:15 a.m.

The defendant requires additional time to address issues relating to safety vale eligibility.

Parties agree that time should be excluded pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv), and Local Code  T-4 - reasonable time to prepare and for continuity of counsel. The parties agree that time be excluded under this provision from April 9, 2013, to and including April 30, 2013

///

///

---

**U.S. vs. LINDBERG** **STIPULATION AND ORDER TO CONTINUE SENTENCING**

| | |
|---|---|
| DATE: April 4, 2013 | Respectfully submitted |
| | /s/Ron Peters<br>RON PETERS<br>Attorney for Defendant<br>**ALEX LINDBERG** |
| DATE: April 4, 2013 | /s/ Ron Peters for Michael Anderson<br>Michael Anderson<br>Assistant U.S. Attorney |

## ORDER FINDING EXCUSABLE TIME

For the reasons set forth in the accompanying stipulation and declaration of counsel, the status conference in the above-entitled action is continued to April 9, 2013 at 9:15 a.m. The court finds excusable time in this matter from April 9, 2013 through April 30, 2013 under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective presentation. For the reasons stipulated by the parties, the Court finds that the interest of justice served by granting the requested continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. 3161(h)(8)(A), (h)(8)(B)(iv).

**IT IS SO ORDERED.**

Date: April 5, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT