LISA B. MEIER, SBN 218979
809 Montgomery Street, 2nd Floor
San Francisco CA 94133
Telephone    415/394-3800
Fax          415/394-3806

Attorney for Defendant
NICHOLAS ROMAN

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>NICHOLAS ROMAN,<br><br>    Defendant.<br>_____/ | Case No. 2:10CR00477-05<br><br>EX PARTE MOTION TO EXONERATE PROPERTY BOND; DECLARATION; ORDER THEREON |

On November 12, 2010, defendant NICHOLAS ROMAN (hereinafter referred to as DEFENDANT) was granted pretrial release in the above-entitled case, subject to the conditions contained in the "Notice to Defendant Being Released." A property bond was provided to the Court as a condition of DEFENDANT'S release. The property bond for $100,000 consisted of a secured bond for the full amount. The bond was executed by DEFENDANT'S parents, Norman Roman and Bertha Roman, and secured by a Deed of Trust (attached hereto as Exhibit A) on the parents' property known as 6816 Buckingham Boulevard, Berkeley, CA 94705.

On August 28, 2012, a Plea Agreement was filed and Mr. Roman entered a plea of guilty to Count 1 of the Superseding Information. On November 28, 2012, this Court pronounced judgment and sentenced DEFENDANT to sixty (60) months imprisonment and forty-eight (48) months supervised release following his release from imprisonment. Mr.

1 | Roman was ordered to surrender to the custody of the Bureau of Prisons ("BOP") on February 12, 2013.

On February 12, 2013, DEFENDANT did surrender to the BOP and is now serving his sentence at the Federal Correctional Institution in Mendota, California.

It is respectfully requested that the Court order the exoneration of the property bond.

Dated: April 8, 2013

                                          /S/ LISA B MEIER
                                          LISA B MEIER
                                          Attorney for Defendant
                                          NICHOLAS ROMAN

# **DECLARATION OF LISA B MEIER**

I, LISA B MEIER, declare as follows:

1. I am an attorney at law, licensed to practice in the Courts of the State of California and of the Eastern District of California of the United States District Court; I am the attorney representing DEFENDANT NICHOLAS ROMAN in this case. I have represented him since October 28, 2010.

2. November 12, 2010, DEFENDANT was ordered released on a property bond in the amount of $100,000.00. The property bond was fully secured by a Deed of Trust.

3. November 28, 2012, DEFENDANT was sentenced to thirty six (60) months, with credit for time served.

4. DEFENDANT is now serving his sentence at the Federal Correctional Institution in Mendota, California.

I declare under penalty of perjury that the foregoing is true and correct. This declaration is executed on April 8, 2013, at San Francisco, California.

/S/ LISA B MEIER  
LISA B MEIER

# ORDER

**IT IS SO ORDERED.** The property known as 6816 Buckingham Boulevard, Berkeley, CA 94705, shall be released and exonerated and the same be returned to its owner free and clear of any Federal lien as bail for the above defendant. The property bond in the amount of $100,000.00 is hereby exonerated. A Deed of Reconveyance for The Deed of Trust, securing the Bond should be executed and filed in the appropriate County Recorders Office.

Dated: April 10, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT